# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GAGLIANO, DEBORAH L. | § | Case No. 11-27271 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/01/2013 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/04/2013_____          By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                        §
                                              §
GAGLIANO, DEBORAH L.                          §        Case No. 11-27271
                                              §
            Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,241.00 |
| and approved disbursements of | $ | 163.80 |
| leaving a balance on hand of[1] | $ | 14,077.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $        2,174.10 | $        0.00 | $        2,174.10 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,174.10 |
| Remaining Balance | $ | 11,903.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,054.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  18.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $        6,341.00 | $              0.00 | $        1,142.66 |
| 000002 | FIA CARD SERVICES, N.A. | $      10,616.49 | $              0.00 | $        1,913.11 |
| 000003 | Juergensmeyer & Associates | $        4,525.83 | $              0.00 | $           815.57 |
| 000004 | Chase Bank USA, N.A. | $           480.80 | $              0.00 | $             86.64 |
| 000005 | GE Capital Retail Bank | $        2,538.43 | $              0.00 | $           457.43 |
| 000006 | Schwarz & Pucci, LLC | $      41,551.60 | $              0.00 | $        7,487.69 |

Total to be paid to timely general unsecured creditors        $                11,903.10

Remaining Balance        $                        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown _____

Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-27271-DRC
Deborah L. Gagliano                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Feb 06, 2013
                             Form ID: pdf006          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
db           +Deborah L. Gagliano,    861 Yosemite Trail #D,    Roselle, IL 60172-1254
17786706      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17490106     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
17692981      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17490109     +Juergensmeyer & Associates,    1275 Davis Road, Suite 131,    Elgin, IL 60123-1304
19932081      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
17490105     +Schwarz & Pucci, LLC,     303 West Main Street,     West Dundee, IL 60118-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17674349      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:02:24     Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
17490107     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:02:24     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
17906253      E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2013 02:06:10     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17490108     +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:06:15     Gemb/Walmart Dc,    Po Box 981400,
               El Paso, TX 79998-1400
19932082      E-mail/PDF: rmscedi@recoverycorp.com Feb 07 2013 02:06:11
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                        TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17490104      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams           Page 2 of 2           Date Rcvd: Feb 06, 2013
                             Form ID: pdf006           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2013 at the address(es) listed below:
          David R Brown, ESQ    dbrown@springerbrown.com,  dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          Joseph P Doyle    on behalf of Debtor Deborah L. Gagliano joe@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                      TOTAL: 3