UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
DEBORAH L. GAGLIANO § Case No. 11-27271
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DAVID R. BROWN            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DAVID R. BROWN_____
                                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Po Box 17054 Wilmington, DE 19850 |  |  |  |  |  |
|  | Benedict Schwarz, II Schwarz & Pucci, LLC 303 West Main Street West Dundee, IL 60118 |  |  |  |  |  |
|  | Citi Po Box 6241 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Gemb/Walmart Dc Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | Juergensmeyer & Associates 1275 Davis Road, Suite 131 Elgin, IL 60123 |  |  |  |  |  |
| 3 | JUERGENSMEYER & ASSOCIATES |  |  |  |  |  |
| 6 | SCHWARZ & PUCCI, LLC |  |  |  |  |  |
| 1 | DISCOVER BANK |  |  |  |  |  |
| 5 | GE CAPITAL RETAIL BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | N. A. CHASE BANK USA | | | | | |
| 2 | N. A. FIA CARD SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-27271 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | DEBORAH L. GAGLIANO | | | | Date Filed (f) or Converted (c): | 06/30/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/10/2011 |
| For Period Ending: | 09/23/2013 | | | | Claims Bar Date: | 11/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Chase | 1.00 | 1.00 | OA | 0.00 | FA |
| 2. Miscellaneous used household goods and furnishings | 475.00 | 475.00 | OA | 0.00 | FA |
| 3. Books, Pictures, and CD's | 75.00 | 75.00 | OA | 0.00 | FA |
| 4. Wearing Apparel | 700.00 | 0.00 | OA | 0.00 | FA |
| 5. Miscellaneous Costume Jewelry | 90.00 | 90.00 | OA | 0.00 | FA |
| 6. 401(k) / Retirement plan through employer - 100% e | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Estimated 2010 tax refund of $2,670.00 was receive | 0.00 | 0.00 | OA | 0.00 | FA |
| 8. Automobile - 2009 Buick Enclave with 56,463 in mil | 20,000.00 | 16,000.00 | | 14,241.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $25,341.00    $16,641.00    $14,241.00    $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

awaits claim review and objections

Initial Projected Date of Final Report (TFR): 04/15/2012    Current Projected Date of Final Report (TFR): 12/15/2012

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-27271 | Trustee Name: | DAVID R. BROWN |
| Case Name: | DEBORAH L. GAGLIANO | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX1614 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX2841 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/11 | 8 | MCCARTHY, ALETA  1785 Lincoln Street Schaumburg, IL 60172 | Payment made by Debtor's mother. | 1129-000 | $14,241.00 | | $14,241.00 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $22.12 | $14,218.88 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGE | 2600-000 | | $34.42 | $14,184.46 |
| 12/19/11 | | UNION BANK | Bank Charges | 2600-000 | | $34.42 | $14,150.04 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $34.42 | $14,115.62 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $34.42 | $14,081.20 |
| 02/03/12 | | Transfer to Acct # XXXXXX3606 | Bank Funds Transfer | 9999-000 | | $14,081.20 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $14,241.00 | $14,241.00 |
| Less: Bank Transfers/CD's | $0.00 | $14,081.20 |
| Subtotal | $14,241.00 | $159.80 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,241.00 | $159.80 |

Page Subtotals: $14,241.00   $14,241.00

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-27271 | Trustee Name: | DAVID R. BROWN |
| Case Name: | DEBORAH L. GAGLIANO | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX3606 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX2841 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/23/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1614 | Bank Funds Transfer | 9999-000 | $14,081.20 | | $14,081.20 |
| 02/10/12 | 1001 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $4.00 | $14,077.20 |
| 03/04/13 | 1002 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,174.10 | $11,903.10 |
| 03/04/13 | 1003 | DISCOVER BANK Discover Products Inc. PO Box 3025 New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | $1,142.66 | $10,760.44 |
| 03/04/13 | 1004 | N. A. FIA CARD SERVICES PO Box 15102 Wilmington, DE 19886-5102 | Final Distribution | 7100-900 | | $1,913.11 | $8,847.33 |
| 03/04/13 | 1005 | JUERGENSMEYER & ASSOCIATES 1275 Davis Road, Suite 131 Elgin, IL 60123 | Legal Services(3-2) Legal | 7100-000 | | $815.56 | $8,031.77 |
| 03/04/13 | 1006 | N. A. CHASE BANK USA PO Box 15145 Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | $86.64 | $7,945.13 |
| 03/04/13 | 1007 | GE CAPITAL RETAIL BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | WAL-MART DISCOVER CARD or | 7100-900 | | $457.43 | $7,487.70 |
| 03/04/13 | 1008 | SCHWARZ & PUCCI, LLC 303 West Main Street West Dundee, IL 60118 | Final Distribution | 7100-000 | | $7,487.70 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,081.20 | $14,081.20 |
| Less: Bank Transfers/CD's | $14,081.20 | $0.00 |
| Subtotal | $0.00 | $14,081.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $14,081.20 |

Page Subtotals: $14,081.20   $14,081.20

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1614 - Checking Account | $14,241.00 | $159.80 | $0.00 |
| XXXXXX3606 - Checking Account | $0.00 | $14,081.20 | $0.00 |
|  | $14,241.00 | $14,241.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,241.00 |
| Total Gross Receipts: | $14,241.00 |

Page Subtotals:            $0.00            $0.00